OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFP.O.BOX12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 05 2015

**10/28/2015**
**BAUGHMAN, STEVEN KURT** Tr. Ct. No. 495548-A          **WR-20,311-02**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

STEVEN KURT BAUGHMAN
HARRIS COUNTY JAIL - TDC # 528637
1200 BAKER ST.
HOUSTON, TX 77002

RETURN TO SENDER
RELEASED FROM CUSTODY
HARRIS COUNTY BAILIFF'S

43B 77002